*In re* NELSON RIVERA CABRERA.

*Número:* TS-8000          *Resuelto:* 25 de febrero de 2005

*Carmen H. Carlos*, directora de la Oficina de Inspección de Notarías; *María Elena Vázquez*, abogada del peticionario.

## RESOLUCIÓN

Examinada la Moción en Cumplimiento de Resolución del 14 de junio de 2004, presentada por la Oficina de Inspección de Notarías el 25 de enero de 2005, así como la reacción a ésta presentada por el querellado el 1 de febrero de 2005, se ordena la reinstalación del Lic. Nelson Rivera Cabrera al ejercicio de la notaría.

Se apercibe al Lic. Nelson Rivera Cabrera sobre la importancia del más fiel cumplimiento con la fe pública nota-

rial y sobre la obligación de cumplir cabalmente con sus deberes ministeriales como notario, particularmente en lo referente a la presentación puntual de las notificaciones al Registro de Poderes y Testamentos, e Índices Notariales. Se le apercibe, además, de que cualquier incumplimiento podrá implicar la separación indefinida del ejercicio de la notaría.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*